UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY COX,

    Plaintiff,

v.

COX AUTOMOTIVE, INC. a foreign corporation and NEXTGEAR CAPITAL, INC., a foreign corporation,

    Defendants.

Case No: 18-cv-13312

Hon.  Linda V. Parker

---

Batey Law Firm, PLLC
SCOTT P. BATEY (P54711)
Attorney for Plaintiff
30200 Telegraph Road, Suite 400
Bingham Farms, MI  48025
(248) 540-6800-telephone
(248) 540-6814-fax
sbatey@bateylaw.com

---

## VOLUNTARY DISMISSAL

NOW COMES, Plaintiff, Tracy Cox, by and through her attorney's, Scott P. Batey and the Batey Law Firm, PLLC, and pursuant to Fed.R.Civ.P. 41 hereby Voluntarily Dismisses and this order closes the case without prejudice and without costs or fees to any party.

    Respectfully submitted,

    **BATEY LAW FIRM, P.L.L.C.**

    By: /s/Scott P. Batey
        SCOTT P. BATEY (P54711)
        Attorney for Plaintiff
        30200 Telegraph Road, Suite 400
        Bingham Farms, MI 48025
        (248) 540-6800-telephone
        (248) 540-6814-fax
        sbatey@bateylaw.com

Dated: December 21, 2018