UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY COX,

    Plaintiff(s),

V.                              CASE NO. 18-13312
                                HON. LINDA V. PARKER

COX AUTOMOTIVE, INC., et al

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 4] on December 21, 2018;   Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY**.

                                s/Linda V. Parker
                                Linda V. Parker
                                United States District Judge

Dated:  January 2, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 2, 2019, by electronic and/or ordinary mail.

                                s/R. Loury
                                Case Manager